

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2014

No. 04-14-00324-CR

**THE STATE OF TEXAS,**
Appellant

v.

John D. **DELOACH**,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 130556
Honorable Scott Roberts, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice (Not Participating)

The Appellant's Motion for Extension of Time to File Response is hereby GRANTED. The Appellant's response is due January 12, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court